# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHET DUDA,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 69616

**FILED**

MAR 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to appoint counsel. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Valerie Adair, District Judge
       Chet Duda
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-08854